KATHERINE E. JOHNSON, *admitted pro hac vice*
kjohnson3@ftc.gov
KRISTY M. TILLMAN, *admitted pro hac vice*
ktillman@ftc.gov
CHRISTOPHER ERICKSON, *admitted pro hac vice*
cerickson@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue NW, CC-9528
Washington, DC  20580
(202) 326-2185 (Johnson); -3025 (Tillman); -3671 (Erickson)

Local Counsel
DELILAH VINZON
Cal. Bar No. 222681; dvinzon@ftc.gov
Federal Trade Commission
10990 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Tel: (310) 824-4300; Fax: (310) 824-4380

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>QYK BRANDS LLC d/b/a Glowyy, et al., <br><br>　　　　Defendants. | Case No. 8:20-cv-01431-PSG-KES <br><br> PLAINTIFF'S APPLICATION TO EXCEED PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

Plaintiff Federal Trade Commission ("FTC") respectfully requests leave to file its Memorandum in Support of Plaintiff's Motion for Summary Judgment ("Summary Judgment Memo"), longer than the 25-page limitation allowed under Local Rule 11-6.  The FTC has made every effort to be both brief and complete in setting forth the legal and factual bases for summary judgment in this case, as required by Local Rule 7-5.  For the reasons set forth below, the FTC submits that good cause exists to permit additional pages in the Summary Judgment Memo.  A proposed order accompanies this motion.

The Summary Judgment Memo describes how the Defendants, acting as a common enterprise, violated the FTC Act, 15 U.S.C. § 45, and the Mail, Internet, or Telephone Order Merchandise Rule ("MITOR" or the "Rule"), 16 C.F.R. Part 435.  The FTC alleges that the Defendants violated the FTC Act and MITOR by deceiving consumers with false shipping and COVID-19 prevention claims, leveraging fear of disease for profit.  For several months beginning in March 2020, hand sanitizer was nearly impossible to find.  The Defendants took advantage of this demand with false promises that the company had sanitizer "In Stock" and would ship it in days.  Instead, Defendants immediately charged consumers' credit cards, issued shipping labels, and then waited weeks—sometimes months—before sending ordered merchandise, if at all.

In addition, Defendants, primarily through Dr. J's Natural LLC and Jacqueline Nguyen made outrageous COVID-19 prevention and treatment claims, *i.e.*, that their product, Basic Immune IGG, can prevent, treat, or reduce risk of COVID-19.  Defendants made these claims particularly targeting a Vietnamese speaking audience and knowing these claims were likely false and not backed by scientific evidence.  These deceptive practices violated Sections 5 and 12 of the FTC Act.

   Finally, the FTC alleges that the Individual Defendants Rakesh Tammabattula and Jacqueline Nguyen personally participated in, or knew and had authority to control, the deceptive acts and practices in the Amended Complaint and therefore the Court may hold them personally liable for any monetary or injunctive relief the Court grants.

   The Summary Judgment Memo sets forth the legal and factual bases for liability of the Common Enterprise and the two Individual Defendants, as well as the basis for and scope of monetary relief sought. To adequately address the various legal standards and fully set forth the factual predicates, the FTC needs to exceed the 25-page limit.

   WHEREFORE, Plaintiff respectfully requests that the Court issue an order allowing the filing of the FTC's Summary Judgment Memo in excess of twenty-five pages.

Respectfully submitted,

Dated: February 15, 2022  /s/ Kristy M. Tillman
            KATHERINE JOHNSON, *admitted phv*
            KRISTY TILLMAN, *admitted phv*
            CHRISTOPHER ERICKSON, *admitted phv*
            Federal Trade Commission
            600 Pennsylvania Avenue NW, CC-9528
            Washington, DC  20580
            (202) 326-2185; (Johnson)
            kjohnson3@ftc.gov

(202) 326-3025; (Tillman)
ktillman@ftc.gov
(202)326-3671
cerickson@ftc.gov
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

3

## Certificate of Service

I certify that on February 15, 2022, I caused a true copy of the Plaintiff's Motion to Exceed Page Limit for Memorandum in Support of Plaintiff's Motion for Summary Judgment and [Proposed] Order to be served by the following means on the following persons:

By Notice of Electronic Filing via the Court's CM/ECF System, pursuant to Local Rule 5-3.2:

**Scott Wellman**
**SWellman@w-wlaw.com**
Attorney for Defendants

                                                   /s/ Kristy Tillman
                                                   Kristy Tillman