# EXHIBIT 2

FTC-QYK-0002692

SendinBlue Campaigns | Preview Mode

**From :** GLOWYY Team <support@glowyy.com>
**Reply :** info@glowyy.com
**Subject :** Current Order Processing Time Update

# GLOWYY

## ORDER PROCESSING TIME UPDATE

Dear {{ contact.FIRSTNAME }}

Please be informed that we are currently experiencing longer than normal processing time due to the heavy demand for outbreak preparedness products. If your order contains Hand Sanitizers, please be assured that we do have sufficient stock available for pending orders and new shipments are arriving from manufacturers every day. The current processing times for orders placed after March 8th is 3-5 days and we are working to reduce this time. Customers will receive an email confirming the shipment with a tracking number once items have shipped. All orders are currently shipping from our California warehouse. If this delay is not acceptable, you may cancel your order for a full refund anytime before we ship. Please contact our customer service at support@glowyy.com or by phone at +1(949)325-5614 (or) +1(949)910-6649 with your request to cancel.

We appreciate your understanding and patience!

The Glowyy Team

This email was sent to {{ contact.EMAIL }}
You received this email because you are registered with GLOWYY

Unsubscribe here



FTC-QYK-0002689