# EXHIBIT 4

# EXCEL SHEET BATE NO. FTC-PROD 00000624