| | |
|---|---|
| 1 | Scott Wellman, SBN: 82897 |
| 2 | Chris Wellman SBN: 304700 |
| | **WELLMAN & WARREN LLP** |
| 3 | 24411 Ridge Route, Suite 200 |
| | Laguna Hills, CA 92653 |
| 4 | Tel: (949) 580-3737 |
| | Fax: (949) 580-3738 |
| 5 | swellman@w-wlaw.com |
| | cwellman@w-wlaw.com |
| 6 | |
| 7 | Attorneys for Defendants |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 8:20-cv-01431-PSG-KES |
| Plaintiff, | **DECLARATION OF SCOTT WELLMAN** |
| v. | |
| QYK BRANDS LLC d/b/a Glowyy; et al, | |
| Defendants | |

I, Scott Wellman, do hereby declare and state as follows:

1. I have personal knowledge of the following facts and, if called upon, would testify to them.

2. I am an attorney of record for the defendants in this action. This declaration is filed in support of defendants' opposition to the plaintiff's (FTC) motion for summary judgment.

3. Attached as **Exhibit "A"** are the relevant pages of the deposition of Danielle Paulo that are cited in defendants' memorandum opposing the FTC's motion.

4. Attached as **Exhibit "B"** are the relevant pages of the Rule 30(b)6 deposition of QYK Brands, LLC that are cited in defendants' memorandum opposing the FTC's motion.

5. Attached as **Exhibit "C"** are the relevant pages of the deposition of Rakesh Tammabattula that are cited in defendants' memorandum opposing the FTC's motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 18th day of March 2022 at Laguna Hills, California.

                                                           __*/s/ Scott Wellman*_____
                                                           Scott Wellman

# EXHIBIT A

```
 1                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
 2

 3

 4    FEDERAL TRADE COMMISSION,        )
                                       )
 5                                     )  Deposition via Zoom
                                       )
 6          Plaintiff,                 )  of:
                                       )
 7                                     )
                                       )
 8    vs.                              )  DANIELLE PAULO
                                       )
 9                                     )

10    QYK BRANDS, LLC, d/b/a           )
                                       )
11    Glowyy, et al.,                  )  Case No.
                                       )
12                                     )  8:20-CV-1431-JLS-KES
                                       )
13          Defendants.                )
                                       )
14                                     )

15

16

17

18              September 23, 2021 * 11:00 a.m.

19

20         Location:  Held remotely via Zoom

21

22

23

24         Reporter:  Ashley Money, RPR

25    Notary Public in and for the State of Utah
```

                                                           197
                              Paulo
FTC v. QYK Brands d/b/a Glowyy, et al.              9/23/2021

 1   it, it's out of our control.
 2        Q.    Well, you would know if USPS had it,
 3   right?  You would know because it would have been
 4   scanned.
 5        A.    Not true.  There have been a lot of times
 6   USPS would pick up and not scan until three or four
 7   days later because they also were short-staffed.
 8   That happened frequently.
 9        Q.    Then let me ask you this:  Given the
10   thousands of orders and the packages, how would you
11   know whether or not it had left the facility if you
12   had no scanning information for it?
13        A.    For example, batches.  If I contacted
14   downstairs, someone who was shipping fulfillment, I
15   would say, "This is order number" -- for example,
16   this -- "Can you locate it?"  If they would have told
17   me, "Yeah, I remember this, I did this batch, we've
18   already packaged it," that's how I knew we didn't
19   have it in the warehouse because it wasn't to be
20   located.
21              It's either we located in the stacks or
22   located it in a box, and that's how we knew it was
23   still there.
24        Q.    Explain the batch system for me.
25        A.    So when we would print out the labels, we

1  example.  If anything, it was, "Why" -- "Are you
2  going to charge me?  Because I happened to get
3  another extra bottle."
4           And people were panicking, because also
5  during this time people were strapped on cash or
6  money.  People were losing their jobs.  So we did the
7  best we can to just make sure, If we couldn't at
8  least provide for you the 8-ounce, we could give you
9  more that we have.
10          So the majority of our phone calls were,
11 "Are you going to charge me like for this additional
12 that I didn't purchase?"  But there's never been a
13 time where someone called saying, "There's nothing in
14 my box," or "There's nothing" -- very few there would
15 be people saying, "Oh, you happened to not ship me
16 that one extra bottle because I ordered ten and you
17 accidentally gave me nine."
18     Q.   Well, there were calls like that, correct,
19 where people complained that they got fewer bottles
20 than what they ordered?
21     A.   Well, correct.  We were still humans; we
22 still make mistakes.  We tried our hardest, like we
23 were working 16-hour days, hiring anybody that we
24 could that felt comfortable or safe to even work.
25 Like we also worked during a pandemic, during our

1   shutdown.
2           So, for example, our goal was to always
3   ship these out in a timely manner, even sooner than
4   what we anticipated; but since we only had a few
5   people rotating every morning and nighttime to ship
6   these, of course we're going to make human error.
7           But I also kept track of all of our -- if
8   we missed something, I would be the one to create an
9   Excel sheet and make sure that our customer service
10  team or the fulfillment team down below would be able
11  to ship that out that day to -- you know, to make
12  that replacement.  We were always on top of it.
13      Q.  So there -- there's a lot.  Your answers
14  are long, so it's -- I'm -- I might have to retread
15  some of these questions in order to make sure I got
16  it all, so I apologize.
17          So just going back to the complaints about
18  wrong items, were there complaints about ordering one
19  brand of hand sanitizer and receiving a different
20  brand of hand sanitizer?
21      A.  That, I do not recall.  I wasn't part of
22  the fulfillment, so I wouldn't know what was being
23  shipped out.
24      Q.  Well, I'm just asking whether any
25  customers ever said, "Look, I ordered Dr. J's Natural

# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
 2
 3    FEDERAL TRADE COMMISSION,      )
                                     )
 4           Plaintiff,              )
                                     )
 5       vs.                         )   CASE NO.
                                     )   8:20-cv-01431-JLS-KES
 6    QYK BRANDS, LLC d/b/a Glowyy,  )
      et al.,                        )
 7                                   )
             Defendants.             )
 8    _____)
 9
10
11                         Tuesday, August 17, 2021
12
13                         Federal Trade Commission
14                         600 Pennsylvania Avenue, NW
15                         Washington, DC 20580
16
17              VIDEOCONFERENCE EXAMINATION
18                          OF
19                   RAKESH TAMMABATTULA
20
21              The via virtual/remote
22    investigational hearing was taken, pursuant to notice,
23    at 12:35 p.m. EST, reported remotely by Kristy L.
24    Clark, CA CSR# 13529.
25
```

81

Tammabattula
FTC v. OYK Brands d/b/a Glowyy, et al.                                8/17/2021

1  Q. And who -- was there someone who was
2  responsible for overseeing the entire process?  Or was
3  each separate piece of it overseen by someone
4  different?
5  A. There wasn't someone who was overseeing the
6  entire process, but there were people responsible for
7  parts of it.  There were one or two people that were
8  designated to make sure the shipping options were
9  selected accurately when the shipment labels were
10 created, and that the -- you know, once the shipping
11 labels were printed, they're then grouped into the
12 proper order before sending them downstairs for
13 fulfillment.
14 Q. And where -- did you supervise this process
15 at all?
16 A. I did not supervise it.
17 Q. So who were the folks who were involved in
18 this?
19 A. They would be different every day because it
20 was temporary help that was doing this process for us.
21 Q. So every day you would have -- have -- how
22 would you find these folks?
23 A. These were personal friends and acquaintances
24 of the people who we already had at our place.  And
25 then through -- some who came to work for us

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

80
Tammabattula
FTC v. OYK Brands d/b/a Glowyy, et al.                                      8/17/2021

1    Shopify system, and almost all the customers, at the
2    time of placing orders, they preselect or they at least
3    indicate what type of shipping they would prefer,
4    either a slow ground shipping option or, you know, the
5    free shipping or overnight shipments in some cases
6    where people found it necessary.
7            So there was -- there -- we had back end
8    temporary help who would go through these orders in the
9    chronological order of how we received them, select a
10   shipping option that aligned with the customer's
11   preference, make sure that the shipment criteria was
12   selected based off the product dimensions and the
13   weight, and then they would create a shipping label.
14           And the shipping label, once it's generated,
15   it would be prepared by another team that worked in
16   tandem with the team who was generating the shipping
17   labels, and these labels would be sorted, based on the
18   type of orders or based on the different categories of
19   the orders.
20           And it would be sent to the fulfillment staff
21   who were downstairs.  So all this process was normally
22   happening in the upstairs of the building we were in,
23   and once the labels were printed and sorted out, they
24   would be sent downstairs for the shipment to be
25   prepared and packaged and shipped out.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

```
 1    temporarily through the ads we had placed.
 2         Q.   And how many orders do you -- can this system
 3    process per day?
 4         A.   You mean in terms of creating the --
 5    purchasing the -- the labels or generating the labels?
 6         Q.   Well, you just described the whole process
 7    from generating the labels to bringing them downstairs,
 8    to someone putting them on a box or, I assume, package,
 9    and packaging them.  So how many orders could you --
10    could you handle per day, doing that process?
11         A.   Each of the processes is independent of the
12    other process, so it would be hard to answer
13    cumulatively, answer what each adds to later, but
14    cumulatively, I would say we were able to handle at
15    least -- at least 4- to 5,000 orders in a day.
16         Q.   And what is that based on?
17         A.   It was -- it's based off of a rough estimate
18    on how long it was taking us to generate the labels,
19    print them, sort them, package them, and ship them.
20         Q.   Okay.  So based on that process that you just
21    described in generating the labels, printing them,
22    sorting them, bringing them downstairs, and packing
23    the -- the orders, that -- that whole process you could
24    pack 4- to 5,000 -- I assume an order is a box or more,
25    so it could be more than one box, so this is not just
```

# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
                 CENTRAL DISTRICT OF CALIFORNIA
 2
 3   FEDERAL TRADE COMMISSION,
                                    )
 4          Plaintiff,              )
                                    )
 5      vs.                         )   CASE NO.
                                    )   8:20-cv-01431-JLS-KES
 6   QYK BRANDS, LLC d/b/a Glowyy,  )
     et al.,                        )
 7                                  )
            Defendants.             )
 8   _____)
 9
10
11                        Monday, August 16, 2021
12
13                        Federal Trade Commission
14                        600 Pennsylvania Avenue, NW
15                        Washington, DC 20580
16
17             VIDEOCONFERENCE EXAMINATION
18                        OF
19                 RAKESH TAMMABATTULA
20
21             The via virtual/remote
22   investigational hearing was taken, pursuant to notice,
23   at 12:35 p.m. EST, reported remotely by Kristy L.
24   Clark, CA CSR# 13529.
25
```

153

Tammabattula
FTC v. OYK Brands d/b/a Glowyy, et al.                8/16/2021

```
 1    through the website, Glowyy.com; correct?
 2         A.   Yeah.
 3         Q.   And you -- you mentioned this briefly, but we
 4    haven't talked about it at length.  There was an
 5    e-commerce website that was -- e-commerce platform that
 6    was associated with the Glowyy.com website; correct?
 7         A.   Yes.
 8         Q.   And that e-commerce platform is Shopify?
 9         A.   Correct.
10         Q.   And that's S-h-o-p-i-f-y?
11         A.   Correct.
12         Q.   Can you explain a little bit about how
13    Shopify works?
14         A.   So Shopify -- Shopify is a ready-made
15    e-commerce platform or easy-to-use e-commerce platform,
16    which allows us to sell any products on line pretty
17    easily without much skills with the actual coding or
18    involvement of the backing of the website, where they
19    have the -- the -- the basic structure developed and
20    the core engine for the e-commerce exists.
21              And all you do is just change the layout of
22    how we need our store to look, add our products to it,
23    and we're pretty much ready to sell.  We could connect
24    the -- the payment -- payment or payment providers
25    through that, and there's nothing much we would have to
```