UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| FEDERAL TRADE COMMISSION, | No. 22-55446 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 8:20-cv-01431-PSG-KES Central District of California, Santa Ana |
| v. | |
| QYK BRANDS LLC, DBA Glowyy; et al., | ORDER |
| Defendants-Appellants. | |

Before: SILVERMAN, CALLAHAN, and COLLINS, Circuit Judges.

Appellants' opposed emergency motion to stay in part the district court's permanent injunction (Docket Entry Nos. 9, 10) is denied. *See Nken v. Holder*, 556 U.S. 418 (2009).

The existing briefing schedule remains in effect.

MKS/MOATT