UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:20-cv-01431-FLA (KESx) | Date | December 13, 2024 |
| Title | FEDERAL TRADE COMMISSION v. QYK BRANDS LLC et al | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|

| Twyla Freeman | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher J. Erickson | Scott W. Wellman |

**Proceedings:** **MOTION OF PLAINTIFF FEDERAL TRADE COMMISSION TO REOPEN CASE, AND MOTION FOR PERMANENT INJUNCTION AS TO RAKESH TAMMABATTULA [232] (HELD/COMPLETED)**

The matter is called for hearing. The court hears argument. The matter stands submitted. Written order to issue.

|  | 00 : 30 |
|---|---|
| Initials of Preparer | tf |